# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC., <br><br> Plaintiff, <br><br> v. <br><br> MASON RAY CONSTRUCTION LLC, *et al.*, <br><br> Defendants. | No. 4:23-CV-01982 <br><br> (Chief Judge Brann) |

## ORDER

**FEBRUARY 9, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Default Judgment (Doc. 8) is **GRANTED**;

2. Default Judgment is entered against Defendants Mason Ray Construction LLC and Kyle Ditty;

3. The Defendants shall pay $86,487.02 in damages and $4,104.31 for Plaintiff's attorney's fees and related costs; and

4. The case is dismissed and the Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge